# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Gordon R Howard, et al.

                                                 Plaintiff,

v.                                                                      Case No.: 1:07−cv−00095
                                                                     Honorable Marvin E. Aspen

Ameriquest Mortgage Company, et al.

                                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 15, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 9/16/08:Alexander H. Burke's Motion to withdraw as attorney [17] for plaintiff in this action is granted. Motion terminated. Attorney Alexander Holmes Burke terminated. Keith J. Keogh will remain as counsel for plaintiff. The motion hearing set for 9/187/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.