**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715<br>Judge Aspen<br><br>Lead Case No. 05-7097 |
| GORDON R. HOWARD and NOLA R. HOWARD, | ) ) ) | Case No. 07 C 0095 |
| Plaintiffs, | ) ) | |
| v. | ) ) | JURY DEMANDED |
| AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST CO., as Trustee of Ameriquest Securities, Inc., Asset Backed Pass-Through Certificates, Series 2004-R2 under the Pooling and Servicing Agreement dated as of March 1, 2004, | ) ) ) ) ) ) ) | Judge Der-Yeghiayan<br><br>Judge Nolan |
| Defendants. | ) | |

**MOTION TO WITHDRAW**

Ainat Margalit, an attorney, respectfully requests that this Court withdraw her appearance as counsel for plaintiff in this matter. In support of this motion, the undersigned states:

1. Ainat Margalit is leaving the employment of the Keogh Law, Ltd., the firm representing plaintiff in this matter.

2. Keith J. Keogh and Craig Shapiro of the Keogh Law, Ltd., will remain as counsel for plaintiff.

WHEREFORE, Ainat Margalit requests that the Court grant leave to withdraw her appearance as counsel in this matter.

Respectfully submitted,

/s/ Ainat Margalit

Keith J. Keogh
Craig Shapiro
Keogh Law, Ltd.
101 N. Wacker Dr. Ste. 605
Chicago, IL 60606
(312) 726-1092
(312) 726-1093 (fax)