## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION | ) ) ) ) | MDL No. 1715<br>Judge Aspen<br><br>Lead Case No. 05-7097 |
| GORDON R. HOWARD and<br>NOLA R. HOWARD,<br><br>        Plaintiffs,<br><br>        v.<br><br>AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST CO., as Trustee of Ameriquest Securities, Inc., Asset Backed Pass-Through Certificates, Series 2004-R2 under the Pooling and Servicing Agreement dated as of March 1, 2004,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 07 C 0095<br><br><br>JURY DEMANDED |

## NOTICE OF MOTION

TO:    Counsel of Record

        **PLEASE TAKE NOTICE** that on **August 11, 2011, at 10:30 a.m.**, I shall appear before the **Honorable Marvin E. Aspen in Room 2568** of the United States District Court, Northern District of Illinois, Eastern Division, and shall there and then present **PLAINTIFFS' MOTION TO AMEND COMPLAINT TO ADD THEIR MORTGAGE SERVICER AS A NECESSARY PARTY**, a copy of which is attached hereto.

                                          Respectfully submitted,

                                          /s/Keith J. Keogh

Keith J. Keogh
Craig Shapiro
KEOGH LAW LTD
101 N Wacker Drive, Suite 605
Chicago, Il 60606
312.726.1092
312.726.1093 (fax)

**CERTIFICATE OF SERVICE**

  I certify that on August 5, 2011, I served the foregoing to ECF counsel of record via the ECF system for the Northern District of Illinois.

                        /s/Keith J. Keogh